CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Carina Bonita Matus**; DOB: 2001; United States Citizen<br>**Sergio Alejandro Varela Jr.**; DOB: 1999; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21- 07219MJ** |

Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about April 16, 2021, in the District of Arizona, **Carina Bonita Matus and Sergio Alejandro Varela Jr.**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Solia Carolina Tubac-Rivera and Oralia Maldonado-Morales, and did so placing in jeopardy the life of any person; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(iii).

**COUNT 2 (Felony)** On or about April 16, 2021, in the District of Arizona, **Carina Bonita Matus and Sergio Alejandro Varela Jr.**, knowing and in reckless disregard of the fact that certain illegal aliens, including Solia Carolina Tubac-Rivera and Oralia Maldonado-Morales, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 20, 2021, at approximately 2:57 p.m., Border Patrol Agents (BPAs) working patrol duties on State Route (SR) 286, received a report to be on the lookout for a 2017 Dodge Charger. At approximately 3:06 p.m., a BPA who was near the SR 286 and Arivaca road intersection, witnessed the Dodge Charger travelling southbound. At approximately 3:47 p.m., the BPA regained visual of the vehicle as it reapproached the intersection now travelling northbound. As the vehicle approached the BPAs location, the agent noted that the vehicle seemed to look weighted down compared to when he originally encountered the vehicle travelling southbound. The Dodge then turned east on Arivaca road and the BPA began to follow it. The BPA attempted to initiate a vehicle stop near mile marker 1 on Arivaca road but the driver failed to yield to the BPAs emergency lights and sirens. The BPA terminated his pursuit when the driver of the Dodge Charger began driving in excess of 90 miles per hour and was utilizing both lanes of travel to stay on the road.

At this time, a Customs and Border Protection helicopter arrived on scene and began following the vehicle as it drove eastbound. The vehicle approached the position of another BPA and eventually made a U-turn and began driving westbound. Shortly after the Dodge came to a complete stop and two individuals exited the vehicle and began running north into the desert. BPAs were able to apprehend both individuals, identified as Solia Carolina Tubac-Rivera and Oralia Maldonado-Morales, who both admitted to being in the United States without the proper documentation to enter, pass through or remain in the U.S. legally.

**CONTINUED ON BACK:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Solia Carolina Tubac-Rivera and Oralia Maldonado-Morales

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/pl | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>April 21, 2021 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54